UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON, *et al.*,

    Plaintiffs,

v.

Case No. 20-cv-10502
Hon. Matthew F. Leitman

KATRINA COLEMAN, *et al.*,

    Defendants.

_____/

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL (ECF No. 11)

Now pending before the Court in this matter is Robinson's Request for Appointment of Counsel (ECF No. 11). The Court has reviewed Robinson's request for counsel and is not yet persuaded that appointment of counsel is warranted. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Robinson's Request for Appointment of Counsel (ECF No. 11). The Court will revisit this issue at a later stage of the litigation if appropriate.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: August 24, 2020

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-3794