UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON and
MENOMENEE ORME,

       Plaintiffs,                        Case No. 20-cv-10502
                                            Hon. Matthew F. Leitman

v.

KATRINA COLEMAN, *et al.*,

       Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANT GENESEE COUNTY JAIL (ECF No. 17)

    On May 8, 2020, Plaintiffs Calvin Robinson and Menomenee Omre filed an Amended Complaint in this action in which Plaintiffs "add[ed the] Genesee County Jail" as a Defendant. (Am. Compl., ECF No. 8, PageID.27.)  Plaintiffs have now filed a motion with the Court to dismiss their claims against the Genesee County Jail. (*See* Mot., ECF No. 17.)  The Court has reviewed the motion and concludes that it should be **GRANTED**.  Accordingly, Plaintiffs' claims in this action against the Genesee County Jail are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2020, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-3794