UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN ROBINSON,

    Plaintiff,

v.

KATRINA COLEMAN,

    Defendant.

_____/

Case No. 20-cv-10502
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

        KINIKIA ESSIX
        CLERK OF COURT

        By:    s/Holly A. Ryan
                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 12, 2022
Detroit, Michigan

1